UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID GAINER,

    Plaintiff,

v.                                CASE NO.:  8:16-cv-03008-EAK-TBM

SPRINGLEAF FINANCIAL SERVICES, INC.,

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW** the plaintiff, DAVID GAINER, and the defendant, OneMain Financial of America, Inc. f/k/a Springleaf Financial Services of America, Inc.[1], pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

---

[1] Plaintiff erroneously named Springleaf Financial Services, Inc. as the Defendant in these proceedings.

| | |
|---|---|
| /s/Stefan A. Alvarez | /s/Laura Westerman Tanner |
| Stefan A. Alvarez, Esq. | David Elliott, Esq. |
| Florida Bar No. 0100681 | Fla. Bar No. 0094237 |
| Stefan@TheConsumerProtectionFirm.com | Email:delliott@burr.com |
| William "Billy" Peerce Howard, Esq. | Secondary email:tsmyth@burr.com |
| Florida Bar No. 0103330 | Laura Westerman Tanner, Esq. |
| Billy@TheConsumerProtectionFirm.com | FL Bar No. 0085573 |
| THE CONSUMER PROTECTION FIRM, PLLC | Email: ltanner@burr.com |
| 210-A South MacDill Avenue | Secondary email: anolting@burr.com |
| Tampa, FL 33609 | Burr & Forman LLP |
| Telephone: (813) 500-1500 | 201 North Franklin Street, Suite 3200 |
| Facsimile:  (813) 435-2369 | Tampa, Florida 33602 |
| *Attorneys for Plaintiff* | Tel: (813) 221-2626 |
| | Fax: (813) 357-3534 |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on July 17, 2017 to all parties of record.

Respectfully submitted,

/s/Stefan A. Alvarez
Stefan A. Alvarez, Esq.
Florida Bar No. 0100681